AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

622790

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 01-00492HG-12 |
| REED SUMNER | |
| (Name and Address of Defendant) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 5 2006

at 9 o'clock and 40 min A M
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED TO ARREST REED SUMNER** and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

Order to show cause why supervision should not be revoked.

RECEIVED 2006 DEC 14 AM 8:36 U.S. MARSHALS SERVICE HONOLULU, HI

in violation of Title   United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| [signature] | December 13, 2006 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at No Bail Warrant          By: Helen Gillmor, Chief United States District Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____.

| Date Received 12/14/06 | NAME AND TITLE OF ARRESTING OFFICER Arthur Ok/DUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|
| Date of Arrest 12/14/06 | | |

SCANNED