# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

December 21 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CR 01-00492HG

CASE NAME:    UNITED STATES OF AMERICA v.  (12) REED B. SUMNER

ATTYS FOR PLA:    Chris A. Thomas, AUSA

ATTYS FOR DEFT:    Shanlyn A.S. Park, AFPD

U.S.P.O.:    Timothy Jenkins

---

JUDGE:    Helen Gillmor            REPORTER:    Stephen Platt

DATE:    December 21, 2006        TIME:    11:00 - 11:40

---

COURT ACTION:  ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED AS TO DEFENDANT (12) REED B. SUMNER -

The defendant is present in custody.
The defendant waives any possible conflicts from Ms. Shanlyn A.S. Park's representation of co-defendant (21) Joseph Tavares.

The defendant admitted to the 2/15/2005 violation (Violation No.1) and admitted to the arrest on 11/18/206 (Violation No. 1).
The Court finds that this is a Grade C violation on the 2/15/2005 violation, Criminal History Category I.

Allocution by the defendant.

Supervised release is revoked.

ADJUDGED: Impr of 30 DAYS.

SUPERVISED RELEASE: 24 MONTHS upon the following conditions:

1.    That the defendant shall abide by the standard conditions of supervision.

2.     That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3.     That the defendant not possess illegal controlled substances (mandatory condition).

4.     That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

5.     That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6.     That the defendant participate in and comply with a substance abuse treatment, which includes drug and alcohol testing in a program approved by the Probation Office and which may include residential treatment.  The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

7.     That the defendant is prohibited from possessing or consuming any alcoholic beverage or any other intoxicating substance during the term of supervised release.

8.     That the defendant participate in a mental health program at the discretion and direction of the Probation Office.

9.     That the defendant provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

10.    That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Advised of rights to appeal the sentence, etc.

Submitted by: Mary Rose Feria, Courtroom Manager